# APPENDIX A

WWR #:9220999

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | |
|---|---|
| LVNV FUNDING LLC<br>Plaintiff, | No. 11M1 172341 |
| v. | Amount Claimed: $2,688.87 |
| PAMELA CASSO<br>Defendant, | Return Date: DEC 20 2011 |

## VERIFIED COMPLAINT

The Plaintiff, LVNV FUNDING LLC, by its attorneys, Weltman, Weinberg & Reis Co., L.P.A., complains of the Defendant, PAMELA CASSO, as follows:

1. Plaintiff, LVNV FUNDING LLC, ("Plaintiff") is a corporation authorized to transact business in the State of Illinois.

2. Defendant, PAMELA CASSO ("Defendant") is an individual, and on information and belief, resides in the Cook County, Illinois.

3. The Defendant opened an Account with CITIBANK whereby Defendant could purchase goods and services on their Account and/or receive cash advances.

4. Defendant made various purchases and/or cash advances on the Account.

5. The Account was assigned to Plaintiff for value, and Plaintiff is now the actual bona fide owner of the Account.

6. As of the most recent statement of account, the Defendant owes funds to Plaintiff. (See copy of Account Statement attached as Exhibit "A".)

7. Interest accrues on the credit line at an annual percentage rate of 5%.

8. As of October 27, 2011, the balance currently due to Plaintiff is as follows:

|  |  |
|---|---|
| Principal balance | $2,440.48 |
| Accrued interest | $248.39 |
| Total amount due | $2,688.87 |

9. Defendant made no further payments to Plaintiff despite due demand.

WHEREFORE, Plaintiff prays for Judgment against the Defendant, PAMELA CASSO, in the amount of $2,688.87, plus interest of 5% on the principal amount due from October 27, 2011, through date of judgment, plus court costs.

BY: _____
Attorney for Plaintiff

WELTMAN, WEINBERG & REIS CO., L.P.A.
180 N. LaSalle Street, Suite 2400
Chicago, Illinois 60601
312-782-9676
Atty. No. 31495
MM INITIAL:ALY

This law firm is a debt collector attempting to collect this debt for our client and any information obtained will be used for that purpose.