# APPENDIX B

PLAINTIFF'S AFFIDAVIT OF INDEBTEDNESS AND OWNERSHIP OF ACCOUNT *Redacted*

Now comes the undersigned affiant, who having first been duly sworn and cautioned according to law, depose and states as follows:

1. I am an Authorized Representative for LVNV Funding LLC (hereafter the "Plaintiff"). I am authorized to make this affidavit on its behalf, and the information below is true and correct to the best of my information and belief based on the Plaintiff's business records.

2. I have personal knowledge regarding Plaintiff's creation and maintenance of its normal business books and records, including computer records of its accounts receivables. This information was regularly and contemporaneously maintained during the course of the Plaintiff's business.

3. In the ordinary course of business, Plaintiff regularly acquires revolving credit accounts, installment accounts, service accounts and/or other credit lines. The records provided to Plaintiff have been represented to include information provided by the original creditor or its successors in interest. Such information includes the debtor's name, social security number, account balance, the identity of the original creditor and the account number.

4. To the best of my knowledge and belief, the Defendant is not a minor or mentally incompetent person.

5. Based upon the business records maintained on account ▆▆▆▆▆▆▆▆ (hereafter "Account"), which are a compilation of the information provided upon acquisition and information obtained since acquisition, the Account is the result of the extension of credit to Pamela Casso by Citibank on or about 4/16/2007 (the "Date of Origination"). Said business records further indicate that Account was then owned by Citibank, that Citibank later sold and/or assigned Portfolio ▆▆▆▆ to Plaintiff's assignor which included the Defendant's Account on 10/22/2009 (the "Date of Assignment") and on the Date of Assignment, all ownership rights were assigned to, transferred to, and became vested in Plaintiff, including the right to collect the purchased balance owing of $2,440.48 plus any additional accrued interest.

I affirm under penalty of perjury that the above facts are true and correct.

_____
Matthew Sowell
October 5, 2011

The foregoing affidavit was signed to and subscribed before me this Wednesday, October 05, 2011.

_____
(Notary Public)

9220999

Julianne O'Brien
Notary Public
State of South Carolina
My Comm. Exp. 03-01-2021

Redacted

This statement is an account summary. It is not a credit card statement from the originating creditor and has not previously been provided to the consumer.

Current Owner: LVNV Funding LLC
Original Creditor: Citibank\ SEARS PREMIER CARD
Previous Owner: Citibank
Statement Closing Date: 5/25/2011 12:00:00 AM
LVNV Purchase Date: 10/22/2009
Account Origination Date: 04/16/2007
Last Payment Date: 4/15/2009 12:00:00 AM

Pamela Casso


| Account number | | | |
|---|---|---|---|
| | Owing | Collected | Balance |
| Principal | $ 2,440.48 | $ - | $ 2,440.48 |
| Interest | $ . | $ - | $ - |
| Atty Fee | $ | $ - | $ - |
| Misc Cost | $ | $ - | $ - |
| New Balance | $ 2,440.48 | $ - | $ 2,440.48 |

**TRANSACTIONS**

| Transaction Date | Description | Amount |
|---|---|---|

## This statement is not an original.

9220999  This statement is an account summary. It is not a credit card statement. This statement has been generated on behalf of LVNV Funding LLC, account owner.